UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.K. LEE and COURTNEY MCPHAIL,

Plaintiffs,

- against -

UDR, INC.,

Defendant.

**ORDER**

22 Civ. 505 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this matter currently scheduled for July 7, 2022 is adjourned to

**July 21, 2022 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40

Foley Square, New York, New York.

Dated: New York, New York
        July 6, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge