# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  (212) 661-0052
                  rony@leelitigation.com

July 7, 2022

**Via ECF:**
The Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Lee v. UDR, Inc. et al.*
                Case No. 22-cv-00505

Dear Judge Gardephe:

    I represent Plaintiff in the above-named action and write to respectfully request that the Court adjourn the conference presently scheduled for July 21, 2022 (ECF No. 30) to the following week or whichever date conveniences the Court. The reason for this request is that I already have a planned vacation for the week of the 18th. Defendants' counsel have consented to this request and are available the weeks of July 25, August 1, and August 8, and then available again beginning September 7.

    In addition, the parties request that the Court so order the following briefing schedule for Defendants' motion to dismiss: Plaintiffs' Opposition shall be due on August 1, 2022. Defendants' Reply shall be due on August 19, 2022.

    I thank the Court for considering this request.

Respectfully,

*/s/ Rony Guldmann*
Rony Guldmann, Esq.

**Memo Endorsement:** In light of Defendants' motion to dismiss, the conference currently scheduled for July 21, 2022 is adjourned sine die.

Plaintiff's opposition to Defendants' motion to dismiss is due on August 1, 2022. Defendants' reply is due on August 19, 2022.

In their briefing, the parties will address whether discovery should be stayed pending resolution of Defendants' motion to dismiss.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: July 14, 2022